1  ROGERS JOSEPH O'DONNELL
   Dennis C. Huie (State Bar No. 184377)
2  dhuie@rjo.com
   Katherine L. Pohl (State Bar No. 288288)
3  kpohl@rjo.com
   311 California Street
4  San Francisco, California 94104
   Telephone: 415.956.2828
5  Facsimile: 415.956.6457

6  Attorneys for Defendants
   SIU P. MOCK and AAA SIZZLE INC.
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | JENEEN HAMILTON and FAITH    | Case No. 14-CV-01492-HRL
   | HAMILTON,                    | ORDER APPROVING
13 |                              | NOTICE OF SUBSTITUTION OF
   |          Plaintiffs,         | COUNSEL FOR DEFENDANT SIU P.
14 |                              | MOCK
   |    vs.                       |
15 |                              |
   | SIU P. MOCK, in individual and | [Re: Dkt. 16]
16 | representative capacity as trustee; AAA |
   | SIZZLE INC., a California Corporation; and |
17 | DOES 1-10,                   |
   |                              |
18 |          Defendants.         |

19

20     PLEASE TAKE NOTICE that Defendant Siu P. Mock has retained Rogers

21 Joseph O'Donnell to substitute as counsel for the Law Office of Judy Tsai in the above-

22 captioned matter.

23     Withdrawing counsel for Defendant Siu P. Mock is:

24         Judy C. Tasi
           Law Office of Judy Tsai
25         101 Metro Drive, Suite 250
           San Jose, CA 95110
26         Phone: (408) 441-7800
           Fax: (408) 441-7302
27         Email: judy@judytsai.com

28

---

Notice of Substitution of Counsel for Defendant Siu P. Mock – Case No: 14-cv-01492-HRL

350129.1

|   |   |
|---|---|
| 1 | All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Siu P. Mock: |

Dennis C. Huie
Katherine L. Pohl
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, CA 94104
Phone: (415) 956-2828
Fax: (415) 956-6457
Email: dhuie@rjo.com
Email: kpohl@rjo.com

The undersigned party consents to the above withdrawal and substitution of counsel.

Dated: 7-7-14

_____
SIU P. MOCK

Dated:                                          LAW OFFICE OF JUDY TSAI

By: _____
        JUDY TSAI

Dated: July 30, 2014                    ROGERS JOSEPH O'DONNELL

By: _____
        Katherine L. Pohl

//
//
//
//
//
//

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: August 5, 2014

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE